UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALLSTATE CASUALTY INS. CO., <br><br> Plaintiff, <br><br> v. <br><br> WENDELL ANDERSON, et al., <br><br> Defendants. | Case No.: C 06-0846 PVT <br><br> **ORDER CONTINUING HEARING ON DEFENDANT ANDERSON'S MOTION TO DISMISS AND CASE MANAGEMENT CONFERENCE** |

On June 14, 2006, the parties filed a Joint Case Management Conference Statement, and Defendant Anderson filed a request to continue the Case Management Conference in order to allow him time to obtain substitute counsel.[1] Plaintiff filed a reply to the request. Based on the foregoing, the file herein and the court's own scheduling needs,

IT IS HEREBY ORDERED that the hearing on Defendant Anderson's Motion to Dismiss is continued to 10:00 a.m. on August 1, 2006. Although Defendant did not request a continuance of this motion, the court is continuing the hearing *sua sponte* in light of its own scheduling needs.

IT IS FURTHER ORDERED that the Case Management Conference is continued to 2:00 p.m. on September 12, 2006. The parties shall file an updated Joint Case Management

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

ORDER, *page 1*

Conference Statement no later than September 5, 2006.

IT IS FURTHER ORDERED that nothing in this order shall be considered a stay of this action, but this order is without prejudice to a motion to stay by any party who believes such a stay is warranted.

Dated: *6/14/06*

*[signature]*
PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER, *page 2*